IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02589-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

DAWANE A. MALLETT,

      Plaintiff,

v.

CHARLES E. SAMUELS,
J. COULTER,
PAUL ZOHN, and
J. MARTINEZ,

      Defendants.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, a federal prisoner in Colorado, initiated this action by filing *pro se* in the

United States District Court for the District of Columbia a Complaint for Violation of Civil

Rights (ECF No. 1-1) and a motion seeking leave to proceed *in forma pauperis* pursuant

to 28 U.S.C. § 1915 (ECF No. 1-3).  The action was transferred to the District of

Colorado.

As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has

determined that the documents are deficient as described in this order.  Plaintiff will be

directed to cure the following if he wishes to pursue any claims in this court in this

action.  Any papers that Plaintiff files in response to this order must include the civil

action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) ___ is not submitted.
(2) ___ is missing affidavit
(3) xx is missing a certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ trust fund account statement is missing certification by authorized prison official.
(5) ___ is missing required financial information
(6) ___ is missing authorization to calculate and disburse filing fee payments
(7) ___ is missing an original signature by the prisoner
(8) xx is not on proper form
(9) ___ names in caption do not match names in caption of complaint, petition or habeas application
(10) ___ other: _____

**Complaint, Petition or Application**:
(11) ___ is not submitted
(12) xx is not on proper form
(13) ___ is not signed by the Plaintiff
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ names in caption do not match names in text
(17) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___ other: _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this order** the action will be dismissed without

2

further notice.

DATED September 19, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge